UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>FELICIA REID, ALAMEDA ALLIANCE FOR HEALTH, JETT STANSBURY, MARIE BARRETT, INGRID LAMIRAULT,<br><br>    Defendants. | Case No:  C 10-3416 SBA<br><br>**ORDER DENYING REQUESTS FOR EXTENSION OF TIME**<br><br>Docket 21 and 25 |

Plaintiff has filed two pro se requests to extend the deadline to file his opposition to Defendants' motion to dismiss. Dkt. 21, 25. However, Plaintiff timely filed his response to the motion to dismiss on October 18, 2010. Dkt. 26. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff motions for an extension of time are DENIED as moot. This Order terminates Docket 21 and 25.

IT IS SO ORDERED.

Dated: October 26, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WARREN et al,

        Plaintiff,

  v.

REID et al,

        Defendant.
_____/

Case Number: CV10-03416 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven M. Warren
P.O. Box 57080
Hayward, CA 94545

Dated: October 27, 2010

                              Richard W. Wieking, Clerk

                              By: LISA R CLARK, Deputy Clerk