1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. WARREN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FELICIA REID, ALAMEDA ALLIANCE FOR HEALTH, JETT STANSBURY, MARIE BARRETT, and INGRID LAMIRAULT,<br><br>　　　　Defendants. | Case No:  C 10-3416 SBA<br><br>**JUDGMENT** |

　In accordance with the Court's Order Granting Defendants' Motion to Dismiss,

　IT IS HEREBY ORDERED THAT final judgment on Plaintiff's federal claims is entered in favor of Defendants.

　IT IS SO ORDERED.

Dated:  November 4, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | UNITED STATES DISTRICT COURT FOR THE                            |
| 3   | NORTHERN DISTRICT OF CALIFORNIA                                 |
| 4   |                                                                 |
| 5   | WARREN et al,                                                   |
| 6   |        Plaintiff,            |
| 7   |   v.                                                  |
| 8   | REID et al,                                                     |
| 9   |        Defendant. /          |

Case Number: CV10-03416 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven M. Warren
P.O. Box 57080
Hayward, CA 94545

Dated: November 8, 2010

                      Richard W. Wieking, Clerk

                          By: LISA R CLARK, Deputy Clerk