UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN M. WARREN,<br><br>        Plaintiff,<br><br>   vs.<br><br>FELICIA REID, ALAMEDA ALLIANCE FOR HEALTH, JETT STANSBURY, MARIE BARRETT, and INGRID LAMIRAULT,<br><br>        Defendants. | Case No:  C 10-3416 SBA<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION** |

On November 8, 2010, the Court granted Defendants' motion to dismiss and terminated this action. Dkt. 35, 36.  The parties are now before the Court on Plaintiff's pro se "Ex Parte Motion/Application for Injunction/Restraining Orders."  In his motion, Plaintiff requests, among other things, that the Court terminate the restraining orders previously entered against him by the Alameda County Superior Court.  Setting aside the fact that Plaintiff's motion is in violation of the applicable rules of procedure and therefore is not properly before the Court, the motion is moot in light of the Court's decision granting Defendants' motion to dismiss.  Moreover, as explained in the Court's order dismissing the action, the Court lacks jurisdiction to directly or indirectly overrule the state court rulings at issue. See Dkt. 35 at 12-13.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Motion/Application for Injunction/Restraining Orders is DENIED. IT IS SO ORDERED.

Dated:  November 8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WARREN et al,

        Plaintiff,

  v.

REID et al,

        Defendant.
                                       /

Case Number: CV10-03416 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven M. Warren
P.O. Box 57080
Hayward, CA 94545

Dated: November 9, 2010

                                        Richard W. Wieking, Clerk

                                                  By: LISA R CLARK, Deputy Clerk